### J. D. COOPER v. STATE.

No. A-446. Opinion Filed March 21, 1911.

Appeal from Alfalfa County Court; F. M. Gustin, Judge.

J. D. Cooper was convicted in the county court of Alfalfa county on a charge of selling intoxicating liquor and appeals. Reversed.

Talbot & Owen, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Upon a careful examination of the record in this case we think the judgment of the court below should be reversed and this cause remanded for a new trial, and unless additional evidence can be had upon which to base a judgment the cause should be dismissed, and it is so ordered.